IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40002
Summary Calendar
_____

CONRAD JULES BRAUN,

                                        Plaintiff-Appellant,

versus

MORRIS JOHNSON, Lieutenant,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:99-CV-246
--------------------
June 6, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

    Conrad Jules Braun, Texas inmate # 05869-031, has filed a
motion to proceed in forma pauperis (IFP) in his appeal from his
suit seeking injunctive relief.  By moving for IFP, Braun is
challenging the district court's certification that IFP status
should not be granted on appeal because his appeal is not taken
in good faith.  See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir.
1997).  Because Braun's appeal presents no nonfrivolous appellate
issues, the district court's denial of IFP is AFFIRMED, and the

    *Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal is DISMISSED.  See Baugh, 117 F.3d at 202 and n.24; 5th Cir. R. 42.2.